# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BREA K. JOSEPH, et al., <br><br> Defendants. | Case No.: 17cv1539-JLS (NLS) <br><br> **ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** <br><br> (ECF No. 10) |

Presently before the Court is Defendants' Motion to Dismiss, (ECF No. 10). The Court **VACATES** the hearing currently set for July 5, 2018 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: June 28, 2018

Hon. Janis L. Sammartino
United States District Judge