JAMES V. FAZIO, III (CSB# 183353)
jamesfazio@sandiegoiplaw.com
TREVOR Q. CODDINGTON, PH.D. (CSB# 243042)
trevorcoddington@sandiegoiplaw.com
SAN DIEGO IP LAW GROUP LLP
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:    (858) 792-3446
Facsimile:    (858) 792-3501

Attorneys for Defendants,
BREA L. JOSEPH and KBZ FX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BREA K. JOSEPH; KASEY EROKHIN; KBZ FX; KBZ FX, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-1539-JLS-WVG<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6) BY DEFENDANTS BREA L. JOSEPH AND KBZ FX, INC.**<br><br>Date:     November 15, 2018<br>Time:    1:30 p.m.<br>Judge:   Hon. Janis L. Sammartino<br>Ctrm.:    4D (Schwartz) |

PLEASE TAKE NOTICE THAT on November 15, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Janis L. Sammartino in Courtroom 4D of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendants Brea Joseph and KBZ FX, Inc. (collectively, "KBZ") will and hereby do move to dismiss the amended complaint filed by Strategic Operations, Inc. ("StOps") for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

KBZ submits that this motion is suitable for decision without oral argument and does not request a hearing.

The motion is made by this Notice of Motion and Motion, the accompanying memorandum of points and authorities, all pleadings and records on file in this action, and on such other and further matters as the Court may consider.

Dated:  September 26, 2018        SAN DIEGO IP LAW GROUP LLP


By:/s/James V. Fazio, III
           JAMES V. FAZIO, III
           TREVOR Q. CODDINGTON

Attorneys for Defendants,
BREA L. JOSEPH and KBZ FX, INC.