1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | STRATEGIC OPERATIONS, INC., a
California Corporation,

12

13

Plaintiff,

14 | v.

15 | BREA K. JOSEPH, an Individual;
KASEY EROKHIN, an Individual;

16 | KBZ FX, INC., a California Corporation;
and DOES 1–10, inclusive,

17

18

Defendants.

Case No.:  17-CV-1539 JLS (NLS)

**ORDER GRANTING JOINT
MOTION TO RESET HEARING
DATE AND BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO
DISMISS SECOND AMENDED
COMPLAINT**

(ECF No. 40)

19

20      Presently before the Court is Plaintiff Strategic Operations, Inc. and Defendants Brea

21 K. Joseph, Kasey Erokhin, and KBZ FX, Inc.'s Joint Motion to Reset Hearing Date and

22 Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint ("Joint

23 Mot.," ECF No. 40), given their "ongoing settlement discussions stemming from the

24 parties' ENE Conference." *Id.* at 1.  Good cause appearing, the Court **GRANTS** the Joint

25 Motion.  As agreed among the Parties, the Court **CONTINUES** the hearing on Defendants'

26 Motion to Dismiss Claims Against Individual Defendants Brea K. Joseph and Kasey

27 Erokhin in Second Amended Complaint (ECF No. 28) to September 5, 2019, a 1:30 p.m.,

28 / / /

1

1    in Courtroom 4D.  Plaintiff **SHALL FILE** an opposition <u>on or before August 22, 2019</u>,

2    and Defendants **MAY FILE** a reply, if any, <u>on or before August 29, 2019</u>.

3         **IT IS SO ORDERED.**

4

5    Dated:  August 7, 2019

6                                        Hon. Janis L. Sammartino
                                         United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17-CV-1539 JLS (NLS)