# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BREA K. JOSEPH, an individual; KASEY EROKHIN, an individual; KBZ FX, INC., an unknown business entity, and KBZ FX, INC., a California corporation,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-CV-01539-JLS-WVG<br><br>**ORDER CONTINUING JOINT STATUS CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

　　　　On August 6, 2019, this Court continued the Case Management Conference ("CMC") Court to August 16, 2019 at 8:00 A.M. and set a joint telephonic conference for that same date and time, after the Parties indicated during the August 5, 2019 Early Neutral Evaluation Conference that they were likely to reach resolution (Doc. No. 39). On August 15, 2019, the Parties informed this Court that they have indeed resolved this matter and are presently finalizing the settlement agreement's terms and conditions.

　　　　In light of the above circumstances, the Court hereby GRANTS the Parties' request to continue the joint status conference and RESETS it to **August 30, 2019 at 11:00 A.M.** Relatedly, the Court ORDERS the Parties to file their Notice of Settlement **no later than**

**August 29, 2019**. The Parties shall provide Chambers through electronic mail their appearances and best phone numbers **no later than August 26, 2019** to ensure that they can be reached without fail for the conference.

Should the Parties fail to timely file their Notice of Settlement, the Court will proceed with holding the CMC on August 30, 2019, immediately following the joint status conference.

**IT IS SO ORDERED.**

Dated: August 15, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge