| | |
|---|---|
| 1 | **TROUTMAN SANDERS LLP** |
| 2 | Charanjit Brahma, Bar No. 204771<br>charanjit.brahma@troutman.com |
| 3 | 580 California Street, Suite 1100<br>San Francisco, CA 94104 |
| 4 | Telephone: 415-477-5700 |
| 5 | **TROUTMAN SANDERS LLP**<br>Justin S. Nahama, Bar No. 281087 |
| 6 | justin.nahama@troutman.com<br>Christopher Franich, Bar No. 285720 |
| 7 | chris.franich@troutman.com<br>11682 El Camino Real, Ste. 400 |
| 8 | San Diego, CA 92130<br>Telephone: 858.509.6074 |
| 9 | Attorneys for Plaintiff |
| 10 | STRATEGIC OPERATIONS, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BREA K. JOSEPH, an Individual; KASEY EROKHIN, an Individual; KBZ FX, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:17-CV-01539-JLS (NLS)<br><br>**JOINT MOTION TO RESET HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br>**[DKTS. 28, 40, 41, 44]** |

1 | PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7.2, Plaintiff Strategic Operations, Inc. ("StOps") and Defendants Brea K. Joseph, Kasey Erokhin, and KBZ FX, Inc. hereby jointly move the Court for an order as follows:

- That in light of the parties' ongoing settlement discussions stemming from the parties' ENE Conference held on August 5, 2019, in front of Magistrate Judge Gallo, and pursuant to the parties' agreement, the hearing on Defendants' Motion to Dismiss Claims Against Individual Defendants Brea K. Joseph and Kasey Erokhin in Second Amended Complaint [Dkt. 28] ("Motion") currently set for September 19, 2019, at 1:30 p.m. be rescheduled to October 3, 2019, at the same time and location, or at a time convenient for the Court;

- That the deadline to file and serve any opposition to Defendants' Motion be accordingly reset to September 19, 2019; and

- That the deadline for Defendants to file and serve any reply in support of the Motion be reset to September 26, 2019.

Based on the parties' agreement, the parties respectfully request that the Court grant their joint motion.

AGREED AS TO FORM AND CONTENT:

Dated:  September 3, 2019        TROUTMAN SANDERS LLP

By: */s/ Charanjit Brahma*
   Charanjit Brahma

   Attorneys for Plaintiff
   STRATEGIC OPERATIONS, INC.

Dated:  September 3, 3019        SAN DIEGO IP LAW GROUP LLP

By:  */s/ Cody R. LeJeune*
   Trevor Q. Coddington
   Cody R. LeJeune
   Charles A. Blazer

   Attorneys for Defendants
   BREA K. JOSEPH, KASEY EROKHIN, AND KBZ FX, INC.