1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18

STRATEGIC OPERATIONS, INC.,

Plaintiff,

v.

BREA K. JOSEPH, an individual;
KASEY EROKHIN, an individual; KBZ
FX, INC., an unknown business entity,
and KBZ FX, INC., a California
corporation,

Defendants.

Case No.: 17-CV-01539-JLS-WVG

**ORDER FOLLOWING JOINT
STATUS CONFERENCE**

19
20
21
22
23
24
25
26
27
28

On August 30, 2019, the Parties appeared before this Court for a joint status conference regarding the Parties' progress on resolving this action, pursuant to the Court's August 16, 2019 Order (Doc. No. 42). Having heard the Parties' positions and efforts to settle this matter, the Court ORDERS the Parties to appear for a joint status conference or, alternatively, a case management conference on **September 6, 2019, at 9:30 A.M**. Should the Parties file a Notice of Settlement prior to the joint status conference on September 6, 2019, the Court will vacate the case management conference and proceed exclusively with the joint status conference to coordinate the settlement process. No later than **6 P.M. on September 4, 2019**, counsel for the Parties are to lodge with Chambers their appearance

1    and the phone number they can be reached at without fail.

2         **IT IS SO ORDERED.**

3    Dated: September 4, 2019

4    _____

5    Hon. William V. Gallo
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17-CV-01539-JLS-WVG