UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BREA K. JOSEPH, an Individual; KASEY EROKHIN, an Individual; KBZ FX, INC., a California Corporation; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 17-CV-1539 JLS (WVG)<br><br>**ORDER GRANTING THIRD JOINT MOTION TO RESET HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>(ECF No. 45) |

Presently before the Court is Plaintiff Strategic Operations, Inc. and Defendants Brea K. Joseph, Kasey Erokhin, and KBZ FX, Inc.'s third Joint Motion to Reset Hearing Date and Briefing Schedule for Defendants' Motion to Dismiss Second Amended Complaint ("Joint Mot.," ECF No. 45), given their "ongoing settlement discussions stemming from the parties' ENE Conference." *Id.* at 1. Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed among the Parties, the Court **CONTINUES** the hearing on Defendants' Motion to Dismiss Claims Against Individual Defendants Brea K. Joseph and Kasey Erokhin in Second Amended Complaint (ECF No. 28) to October 3, 2019, at 1:30

/ / /

1

p.m., in Courtroom 4D.  Plaintiff **SHALL FILE** an opposition <u>on or before September 19, 2019</u>, and Defendants **MAY FILE** a reply, if any, <u>on or before September 26, 2019</u>.

   **IT IS SO ORDERED.**

Dated:  September 4, 2019

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge