UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BREA K. JOSEPH, an individual; KASEY EROKHIN, an individual; KBZ FX, INC., an unknown business entity, and KBZ FX, INC., a California corporation, <br><br> Defendants. | Case No.: 17-CV-01539-JLS-WVG <br><br> **ORDER FOLLOWING JOINT STATUS CONFERENCE** |

On September 6, 2019, this Court convened a joint status conference pursuant to its September 4, 2019 order (Doc. No. 46). Having heard the Parties' positions and efforts to resolve this case, the Court hereby ORDERS the Parties to file a modified joint discovery plan **no later than 5:00 P.M. on September 9, 2019**. Thereafter, the Parties shall telephonically appear for a joint status conference or, alternatively, a case management conference on **September 11, 2019 at 2:00 P.M.** to further coordinate this action. To that end, counsel for the Parties shall electronically lodge their appearances and the telephones numbers at which they can be reached without fail no later than **12:00 P.M. on September**

/ / /

1

1 | **10, 2019**. **IT IS SO ORDERED.**

2 | Dated: September 6, 2019

                                                    Hon. William V. Gallo
                                                    United States Magistrate Judge