UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>BREA K. JOSEPH, an individual; KASEY EROKHIN, an individual; KBZ FX, INC., an unknown business entity, and KBZ FX, INC., a California corporation,<br><br>                    Defendants. | Case No.: 17-CV-01539-JLS-WVG<br><br>**ORDER ON JOINT MOTION FOR PROTECTIVE ORDER** |

On September 9, 2019, the Parties filed a joint motion for a protective order, which was styled as a Stipulated Protective Order (Doc. No. 50). Having reviewed the Parties' submission, the Court finds that the joint motion is compliant with the applicable rules, including this Court's Civil Chambers Rules. Accordingly, the Court GRANTS the joint motion for protective order in its entirety.

**IT IS SO ORDERED.**

Dated: September 11, 2019

                                                  Hon. William V. Gallo
                                                  United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28