UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., | Case No.:  17-CV-1539 JLS (WVG) |
| Plaintiff, | **ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| BREA K. JOSEPH, et al., | |
| Defendants. | (ECF No. 28) |

Presently before the Court is Defendants KBZ FX, Inc., Brea K. Joseph, and Kasey Erokhin's Motion to Dismiss (ECF No. 28).  The Court **VACATES** the hearing currently set for October 3, 2019, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  September 30, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge