**TROUTMAN SANDERS LLP**
Charanjit Brahma, Bar No. 204771
charanjit.brahma@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415-477-5700

**TROUTMAN SANDERS LLP**
Justin S. Nahama, Bar No. 281087
justin.nahama@troutman.com
Christopher Franich, Bar No. 285720
chris.franich@troutman.com
11682 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone:   858.509.6074

Attorneys for Plaintiff
STRATEGIC OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC OPERATIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BREA K. JOSEPH, an Individual; KASEY EROKHIN, an Individual; KBZ FX, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  17-CV-01539-JLS (NLS)<br><br>**STIPULATION OF DISMISSAL** |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorney's fees.

-1-                                      STIPULATION OF DISMISSAL

|   |   |   |
|---|---|---|
| Dated: November 18, 2019 | | TROUTMAN SANDERS LLP |

By: /s/ Charanjit Brahma
    Charanjit Brahma
    Attorneys for Plaintiff
    STRATEGIC OPERATIONS, INC.

Dated: November 18, 2019            SAN DIEGO IP LAW GROUP

By: /s/ Cody R. LeJeune
    Cody R. LeJeune
    Attorneys for Defendants
    KBZ FX, INC., BREA JOSEPH, KASEY EROKHIN

SO ORDERED this __ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Ryan A. Lewis, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of 18 and not a party to the within action; my business address is Three Embarcadero Center, Suite 800, San Francisco, CA 94111.

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 18, 2019, at San Francisco, CA.

/s/ Ryan A. Lewis
Ryan A. Lewis